UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| ZEFERINA MONTELONGO, | ) | FILED: MARCH 21, 2008 |
| | ) | 08CV1687     TC |
| Plaintiff, | ) | JUDGE ANDERSEN |
| | ) | MAGISTRATE JUDGE SCHENKIER |
| v. | ) | Case No. |
| | ) | |
| WINTERSET DENTAL CARE, P.C., | ) | JURY TRIAL DEMANDED ON |
| *et. al,* | ) | ALL COUNTS |
| Defendants. | ) | |

## DEFENDANT MERCK & CO., INC.'S DISCLOSURE STATEMENT/NOTICE OF AFFILIATES

Defendant Merck & Co., Inc. ("Merck"), through its attorneys, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the District Court for the Northern District of Illinois, states that Merck has no parent company or corporation, has no subsidiaries that are publicly traded, and is not aware of any publicly held company that owns 10% or more of Merck.

Dated: March 21, 2008

Respectfully submitted,

BRYAN CAVE LLP

By: _____s/ Dmitry Shifrin_____
Dmitry Shifrin, #6279415
161 North Clark Street, Suite 4300
Chicago, IL  60601-3315
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050

and

Stephen G. Strauss, #6278807
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020

*Attorneys for Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2008, a copy of the foregoing was served by first class mail, postage prepaid, on:

Katherine A. Cardenas
Lucas and Cardenas, P.C.
77 West Washington Street, Suite 900
Chicago, IL 60602

Attorneys for Plaintiff

John Green
Green Law Offices
200 West Jackson
Suite 2060
Chicago, IL  60606
(312) 676-5980

Drew Balac
Weldon-Linne & Vogt
105 W. Madison, Suite 1400
Chicago, IL  60602
(312) 236-5151


Attorneys for Dental Defendants


                                                  s/ Dmitry Shifrin