UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| ZEFERINA MONTELONGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-1687 |
| | ) | |
| WINTERSET DENTAL CARE, P.C., | ) | Judge Andersen |
| *et. al*, | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See attached service list

    PLEASE TAKE NOTICE that on Thursday, April 3, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Andersen, or any judge sitting in his stead, in Room 1403 of the U.S. Dist. Court for the Northern Dist. of Illinois, Eastern Division, and then and there present Defendant Merck & Co., Inc.'s Motion to Sever, a copy of which is attached hereto and served upon you herewith.

Dated: March 24, 2008

Respectfully submitted,

BRYAN CAVE LLP

By:   \_\_\_\_\_s/ Dmitry Shifrin_____
Dmitry Shifrin, #6279415
161 North Clark Street, Suite 4300
Chicago, IL  60601-3315
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050

and

Stephen G. Strauss, #6278807
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020

*Attorneys for Merck & Co., Inc.*

## **CERTIFICATE**

I hereby certify that on this 24th day of March, 2008, a copy of the foregoing was served by first class mail, postage prepaid, on:

Katherine A. Cardenas
Lucas and Cardenas, P.C.
77 West Washington Street, Suite 900
Chicago, IL 60602

Attorneys for Plaintiff

John Green
Green Law Offices
200 West Jackson
Suite 2060
Chicago, IL 60606
(312) 676-5980

Drew Balac
Weldon-Linne & Vogt
105 W. Madison, Suite 1400
Chicago, IL 60602
(312) 236-5151

Attorneys for Dental Defendants

s/ Dmitry Shifrin
Dmitry Shifrin
