UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN LAW DIVISION

| | | |
|---|---|---|
| ZEFERINA MONTELONGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    2007 L 7858 E |
| | ) | |
| WINTERSET DENTAL CARE, P.C., ANIL K. | ) | |
| AGARWAL, D.D.S., individually and as | ) | |
| agent and servant of WINTERSET DENTAL | ) | |
| CARE, P.C., GARY F. ALDER, D.D.S., | ) | |
| individually and as agent and servant of | ) | |
| WINTERSET DENTAL CARE, P.C., and | ) | |
| MERCK & CO., INC., a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER TO AFFIRMATIVE DEFENSE**

Plaintiff, Zeferina Montelongo, by and through her attorneys, Law Offices of Lucas and

Cárdenas, P.C., makes the following answers to the affirmative defenses filed by the defendant,

Merck & Co., Inc.:

FIRST AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the First Affirmative Defense.

SECOND AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Second Affirmative Defense.

THIRD AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Third Affirmative Defense.

FOURTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Fourth Affirmative Defense.

- 2 -

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Fifth Affirmative Defense.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Sixth Affirmative Defense.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Seventh Affirmative Defense.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff neither admits nor denies the allegations contained in the Eighth Affirmative Defense as the plaintiff's injuries may or may not be a result of the defendants' combined negligence.  The plaintiff denies any allegations that she was at fault or negligent.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Ninth Affirmative Defense.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Tenth Affirmative Defense.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Eleventh Affirmative Defense.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Twelfth Affirmative Defense.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Thirteenth Affirmative Defense.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Fourteenth Affirmative Defense.

- 3 -

FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Fifteenth Affirmative Defense.

SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Sixteenth Affirmative Defense.

SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Seventeenth Affirmative Defense.

EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Eighteenth Affirmative Defense.

NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Nineteenth Affirmative Defense.

TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Twentieth Affirmative Defense.

TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Twenty-First Affirmative Defense.

TWENTY- SECOND AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Twenty-Second Affirmative Defense.

TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Twenty-Third Affirmative Defense.

TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Twenty-Fourth Affirmative Defense.

TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Twenty-Fifth Affirmative Defense.

- 4 -

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Twenty-Sixth Affirmative Defense.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Twenty-Seventh Affirmative Defense.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Twenty-Eight Affirmative Defense.

### TWENTY-NINTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Twenty-Ninth Affirmative Defense.

### THIRTIETH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Thirtieth Affirmative Defense.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Thirty-First Affirmative Defense.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Thirty-Second Affirmative Defense.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Thirty-Third Affirmative Defense.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Thirty-Fourth Affirmative Defense.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Thirty-Fifth Affirmative Defense.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Thirty-Sixth Affirmative Defense.

- 5 -

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Thirty-Seventh Affirmative Defense.

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Thirty-Eight Affirmative Defense.

### THIRTY-NINTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Thirty-Ninth Affirmative Defense.

### FORTIETH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Fortieth Affirmative Defense.

### FORTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Forty-First Affirmative Defense.

### FORTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Forty-Second Affirmative Defense.

### FORTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Forty-Third Affirmative Defense.

### FORTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Forty-Fourth Affirmative Defense.

### FORTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Forty-Fifth Affirmative Defense.

### FORTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Forty-Sixth Affirmative Defense.

### FORTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiff denies the allegations contained in the Forty-Seventh Affirmative Defense.

- 6 -

<u>FORTY-EIGHTH AFFIRMATIVE DEFENSE</u>

Plaintiff denies the allegations contained in the Forty-Eighth Affirmative Defense.

<u>FORTY-NINTH AFFIRMATIVE DEFENSE</u>

Plaintiff denies the allegations contained in the Forty-Ninth Affirmative Defense.

<u>FIFTIETH AFFIRMATIVE DEFENSE</u>

Plaintiff denies the allegations contained in the Fiftieth Affirmative Defense.

<u>FIFTY-FIRST AFFIRMATIVE DEFENSE</u>

Plaintiff denies the allegations contained in the Fifty-First Affirmative Defense.

<u>FIFTY-SECOND AFFIRMATIVE DEFENSE</u>

Plaintiff denies the allegations contained in the Fifty-Second Affirmative Defense.

<u>FIFTY-THIRD AFFIRMATIVE DEFENSE</u>

Plaintiff denies the allegations contained in the Fifty-Third Affirmative Defense.

<u>FIFTY-FOURTH AFFIRMATIVE DEFENSE</u>

Plaintiff denies the allegations contained in the Fifty-Fourth Affirmative Defense.

<u>FIFTY-FIFTH AFFIRMATIVE DEFENSE</u>

Plaintiff denies the allegations contained in the Fifty-Fifth Affirmative Defense.

<u>FIFTY-SIXTH AFFIRMATIVE DEFENSE</u>

Plaintiff denies the allegations contained in the Fifty-Sixth Affirmative Defense.

<u>FIFTY-SEVENTH AFFIRMATIVE DEFENSE</u>

Plaintiff denies the allegations contained in the Fifty-Seventh Affirmative Defense.

- 7 -

WHEREFORE, plaintiff, Zeferina Montelongo, asks this Court to enter an order striking

and dismissing the affirmative defenses filed by the defendant Merck & Co., Inc.

Respectfully submitted,

LAW OFFICES OF LUCAS AND CÁRDENAS, P.C.

By      s/ Katherine A. Cárdenas
_____
Katherine A. Cárdenas, #06237912
77 West Washington Street, Suite 900
Chicago, Illinois 60602
Telephone 312/781-0082
Facsimile 312/3324718
Attorneys for Plaintiff

- 8 -

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2008 a copy of the foregoing was served by first class mail, postage prepaid, on:

Attorneys for Merck:
Dmitry Shifrin
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601

Mr. Stephen G. Strauss
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102

Attorneys for Winterset & Dr. Agarwal:
John M. Green and
Sylvia Karalekas
Green Law Offices, LLC
200 West Jackson Boulevard, Suite 2060
Chicago, Illinois 60606

Attorneys for Dr. Alder:
Drew Balac
Weldon-Linne & Vogt
105 West Madison Street, Suite 1400
Chicago, Illinois 60602

s/ Katherine A. Cárdenas
_____
Katherine A. Cárdenas