# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 1687 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Montelongo vs. Winterset Dental | | |

**DOCKET ENTRY TEXT**

Plaintiff's oral motion for leave to file motion to remand without prejudice to legal arguments is granted. Plaintiff's oral motion for leave to re-file affirmative defenses with signature is granted. Merck & Co.'s motions to stay [8] and sever [6] are entered and briefed as follows: Response by 5/2/2008. Reply by 5/16/2008. Ruling will be made by mail.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | TSA |
|---|---|---|