UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN LAW DIVISION

| | | |
|---|---|---|
| ZEFERINA MONTELONGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    08-cv-1687 |
| | ) | |
| WINTERSET DENTAL CARE, P.C., ANIL K. | ) | |
| AGARWAL, D.D.S., individually and as | ) | |
| agent and servant of WINTERSET DENTAL | ) | Judge Andersen |
| CARE, P.C., GARY F. ALDER, D.D.S., | ) | |
| individually and as agent and servant of | ) | |
| WINTERSET DENTAL CARE, P.C., and | ) | |
| MERCK & CO., INC., a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:    <u>Attorneys for Merck:</u>
Dmitry Shifrin
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601

Stephen G. Strauss
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102

<u>Attorneys for Winterset & Dr. Agarwal:</u>
John M. Green and
Sylvia Karalekas
Green Law Offices, LLC
200 West Jackson Boulevard, Suite 2060
Chicago, Illinois 60606

<u>Attorneys for Dr. Alder:</u>
Drew Balac
Weldon-Linne & Vogt
105 West Madison Street, Suite 1400
Chicago, Illinois 60602

- 2 -

You are hereby notified that on **Thursday, May 1, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Wayne R. Andersen**, in **Courtroom 1403**, or any other judge who may be holding court in his absence, in the court room usually occupied by him in the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Motion to Remand to the Circuit Court of Cook County Illinois, which Motion was previously filed and served upon you on April 15, 2008.

s/ Katherine A. Cárdenas
_____
Katherine A. Cárdenas

Law Offices of Lucas & Cárdenas, P.C.
77 West Washington Street, Suite 900
Chicago, Illinois 60602
312-781-0082
312-332-4718 (fax)

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008 a copy of the foregoing was served by first class mail, postage prepaid, on:

Attorneys for Merck:
Dmitry Shifrin
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601

Stephen G. Strauss
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102

Attorneys for Winterset & Dr. Agarwal:
John M. Green and
Sylvia Karalekas
Green Law Offices, LLC
200 West Jackson Boulevard, Suite 2060
Chicago, Illinois 60606

Attorneys for Dr. Alder:
Drew Balac
Weldon-Linne & Vogt
105 West Madison Street, Suite 1400
Chicago, Illinois 60602

s/ Katherine A. Cárdenas
_____
Katherine A. Cárdenas

Law Offices of Lucas & Cárdenas, P.C.
77 West Washington Street, Suite 900
Chicago, Illinois 60602
312-781-0082
312-332-4718 (fax)