UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Zeferina Montelongo
                                      Plaintiff,

v.                                                        Case No.: 1:08−cv−01687
                                                         Honorable Wayne R. Andersen

Winterset Dental Care, P.C., et al.
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Wayne R. Andersen:Plaintiff's motion to remand[15] is entered and briefed as follows: Responses due by 5/16/2008, Replies due by 5/23/2008. Ruling before Honorable Wayne R. Andersen on 6/5/2008 at 09:00 AM. )Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.